In the Matter of the Transfer Tax upon the Estate of MARTHA M. WYSONG, Deceased.

MARSHALL R. KERNOCHAN, as Executor, Appellant; STATE TAX COMMISSION, Respondent.

*Tax — transfer tax — assessment of remainder of trust estate at full value.*

*Matter of Wysong*, 223 App. Div. 407, affirmed.

(Argued May 29, 1928; decided June 12, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1928, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the remainder of a trust estate created by the will of Martha M. Wysong, deceased, at its full value pursuant to section 230 of the Tax Law, as amended by chapter 144 of the Laws of 1925. Appellant contended that the

Prepared by State Reporter from Appeal Papers

value of the life estate should be deducted in determining the tax.

*Henry F. Miller* for appellant.

*Seth T. Cole* and *Charles A. Curtin* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.